SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, LEEMANUEL WEILCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEMANUEL WEILCH,<br><br>Plaintiff,<br><br>vs.<br><br>H 3 LIQUORS, INC. D/B/A SUPREME LIQUOR MART; BENNY HONG, AS TRUSTEE OF THE BENNY AND ANNIE Q HONG FAMILY TRUST; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:20-cv-10725 MWF (AFMx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Leemanuel Weilch ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: February 22, 2021                SO. CAL EQUAL ACCESS GROUP


_____/s/ Jason J. Kim_____
JASON J. KIM
Attorney for Plaintiff